IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20850
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RAFAEL CONTRERAS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-18-02
- - - - - - - - - -
August 18, 1998
Before KING, HIGGINBOTHAM, and JONES, Circuit Judges

PER CURIAM:*

     Court-appointed counsel for Rafael Contreras has filed a
motion to withdraw and a brief as required by Anders v. California,
386 U.S. 738 (1967).  Contreras has not responded.

     Our independent review of the brief and record discloses no
nonfrivolous issue.  Accordingly, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  See 5th Cir.
R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.